UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————x

IN RE AOL TIME WARNER SHAREHOLDER                    02 Civ. 6302 (CM)
DERIVATIVE LITIGATION

———————————————————————————x

SCHEDULING ORDER

McMahon, J.:

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/09

     I have received and reviewed the Report and Recommendation of Special Master
David H. Pikus, Eqs., of the law firm of Bressler, Amery & Ross, concerning the fee
award to be ordered in the above-captioned case, which I recently inherited from the late
Judge Shirley Wohl Kram.

     Objections to the Recommendation, if any, must be filed with the Court by
December 8, 2009.

     As this Court does not have the names and addresses of all the objectors or their
counsel, I ask the Special Master to make sure that his Report and Recommendation,
together with a copy of this scheduling order, are transmitted to anyone who filed an
objection to the requested fee award.

Dated: November 19, 2009

                                 _____
                                      U.S.D.J.

BY FIRST CLASS MAIL TO:

     David Pikus, Esq.
     Attached Service List (Counsel of Record)
     Attached Service List (Known Objectors)

Copies mailed /faxed/handed to counsel on 11/20/09

*In re AOL Time Warner Shareholder Derivative Litigation*

### No. 02-Civ. 6302 (CM)

# UNREPRESENTED OBJECTOR SERVICE LIST

Mr. J. Robert Curry, Jr.
104 Live Oak Court
Pine Knoll Shores, NC 28512



Ms. Renee Balaban
485 Skylark Drive
Monroe Twp. NJ 08831

Ms. Elaine Sylvester
PO Box 352
Basye, VA 22810

Mr. James F. Reamer
270 Trailside Way
Ashland, MA 01721

Ms. Elizabeth K. Dorminey
357 Hill Street
Athens, GA 30601

Ms. Julia H. Bennett
400 Webber Road, Apt. F-2-5
Spartansburg, SC 29307

Darrell Hall and Vivian Hall
9529 Lodi Road
West Salem, OH 44287

Ms. Polly H. Kaiser
1677 Skycrest #30
Walnut Creek, CA 94595

Mr. Zac G. Shawhan
1101 Ridgeway Drive
Killeen, TX 76549

Mr. William L. McCulley
678 Ocean Pkwy.
Berline, MD 21811

Mr. John Spaine
205 W. Hitt St.
Mt. Morris, IL  61054

Mr. Keith Heitzman
3770 Embassy Circle
Palm Harbor, FL  34685

Mr. Bernard B. Klawans
Valley Forge Fund, Inc.
PO Box 262
Valley Forge, PA  19481

Ms. Barbara A. Kirk
5046 Beacon Hills Dr.
New Port Richey, FL  34652

Ms. Dawn Denise Bradley
8731 S. Escanaba
Chicago, IL  60637

Ms. Daphine B. King
4820 Macmont Circle
Powell, TN  37849

Ms. Judith Aviva Meschel
2000 F Street NW Apt. 102
Washington, DC  20006

# REPRESENTED OBJECTOR

Edward F. Siegel, Esq.
27600 Chagrin Boulevard – Suite 340
Cleveland, OH  44122
(Attorney for Objector Badzik)

SERVICE LIST - COUNSEL OF RECORD

Eric S. Horowitz
Zane & Rudofsky(West 26th St.)
The Starrett Lehigh Building
601 West 26th Street
Suite 1111
New York, NY 10001

John G. Emerson, Jr.
Emerson Poynter LLP
500 President Clinton Ave., Suite 305
Little Rock, AR 72201

Karen L. Morris
Morris & Morris, LLC
1105 North Market Street, Suite 803
Wilmington, DE 19801

Lee S. Shalov
Shalov, Stone & Bonner
485 Seventh Avenue
New York, NY 10001

Daniel Cobrinik
Daniel Cobrinik, P.C.
475 Park Avenue South,
19th Floor
New York, NY 10016